COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Joshua London v. The State of Texas

Appellate case number:   01-13-00441-CR

Trial court case number: 1367861

Trial court:             230th District Court of Harris County

On July 17, 2013, we entered an order abating this appeal and directing the trial court to conduct a hearing regarding whether appellant waived his right to appeal. At the hearing the trial court was to (1) enter a written order regarding whether appellant waived his right to appeal, (2) complete and execute a new certification of appellant's right to appeal, and (3) if the trial court determines that appellant has a right to appeal, enter a written order appointing appellate counsel. A supplemental reporter's record and a supplemental clerk's record were to be filed within 30 days of our order.

The supplemental reporter's record was filed on August 12, 2013. Although the supplemental reporter's record indicates that the trial court executed a certification of appellant's right to appeal, no supplemental clerk's record has been filed with this Court.

Accordingly, we ORDER that a supplemental clerk's record containing the documents requested in our July 17, 2013 order be filed with the Clerk of this Court **within 10 days of the date of this order**.

It is so ORDERED.

Judge's signature: /s/ <u>Justice Michael Massengale</u>
             ☒ Acting individually     ☐ Acting for the Court

Date: March 25, 2014